**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No: 1:25-CV-21052

TAMMY M. MAY,

       Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

      Defendant.

_____/

**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel hereby

files, pursuant to Federal Rule of Civil Procedure 7.1(a), its Certificate of Interested Parties and

Corporate Disclosure Statement as follows:

1.     Tammy M. May, Plaintiff

2.     Carnival Corporation, Defendant

3.     Lisa C. Goodman, Counsel for Plaintiff

4.     Hickey Law Firm, P.A., Counsel for Plaintiff

5.     Andrew D. Craven, Counsel for Defendant

6.     Elisha M. Sullivan, Counsel for Defendant

7.     The Chartwell Law Offices, LLP, Counsel for Defendant

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company

whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

Respectfully submitted,

*/s/ Elisha M. Sullivan*

Andrew D. Craven [FBN: 185388]
acraven@chartwelllaw.com
Elisha M. Sullivan [FBN: 57559]
esullivan@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
100 SE 2nd Street, Suite 2150
Miami, Florida 33131-5322
Telephone: (305) 372-9044
Facsimile:   (305) 372-5044
Attorneys for DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2025, the following was served via notice generated by the CM/ECF system to: Lisa C. Goodman, Esq. (lgoodman@hickeylawfirm.com), Hickey Law Firm, P.A., 12150 S.W. 128th Court, Suite 225, Miami, Florida 33186.

*/s/ Elisha M. Sullivan*

Elisha M. Sullivan